**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DAVID WYNE ALLEN
ADC #140483                                                                                        PLAINTIFF


V.                                          4:08CV00521 BSM/JTR


JAY WINTERS, Former Sheriff, Pope County; and
RODGER MARTAN, Deputy, Pope County                                      DEFENDANTS


**<u>ORDER</u>**

 Both of the Defendants in this *pro se* § 1983 action have filed their Answers.  *See* docket

entries #48 and #55.  The Court will give the parties 90 days to complete discovery and 120 days to

file any dispositive motions.

 IT IS THEREFORE ORDERED THAT:

 1. The parties shall complete discovery **on or before November 18, 2009.**

 2. The parties shall file any dispositive motions **on or before December 18, 2009.**

Dated this 20th day of August, 2009.


_____
UNITED STATES MAGISTRATE JUDGE